**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **ESABEL KOURRADI, Administratrix for the Estate of MOHAMMED A. ALASHI,** *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> **DENCIL E. BROWN, et al,** <br><br> Defendants. | Civil Action No. 18-13038 (ZNQ) (LHG) <br><br> **ORDER** |

**QURAISHI, District Judge**

      **THIS MATTER** comes before the Court upon several motions for summary judgment and sanctions by Plaintiff Esabel Kourradi, Defendants/Third-Party Plaintiffs Dencil E. Brown ("Brown") and New Penn Motor Express, LLC ("New Penn"), and Third-Party Defendant John Timothy Ricciardi ("Ricciardi"). The Court has carefully considered the parties' submissions, and for good cause shown,

      **IT IS** on this **28th** day of **April 2022**

      **ORDERED** that Defendants/Third-Party Plaintiffs' Motion for Summary Judgment (ECF No. 95) is hereby **GRANTED** and the Amended Complaint is dismissed without prejudice; it is further

      **ORDERED** that Third-Party Defendant's Motion for Summary Judgment (ECF No. 98) is hereby **DENIED** as moot and the Third-Party Complaint is dismissed without prejudice; it is further

**ORDERED** that Defendants/Third-Party Plaintiffs' Motion for Sanctions (ECF No. 97) is hereby **GRANTED**; it is further

**ORDERED** that Third-Party Defendant's Motion for Sanctions (ECF No. 102) is hereby **GRANTED** with respect to sanctions against Plaintiff's counsel and **DENIED** with respect to sanctions against Defendants/Third-Party Plaintiffs; it is further

**ORDERED** that Plaintiff's Motion for Sanctions (ECF No. 99) is hereby **DENIED**; and it is further

**ORDERED** that Defendants/Third-Party Plaintiffs and Third-Party Defendant submit attorney certifications setting forth the fees and costs incurred from filing the most recent dispositive motions; the submissions are to be filed by **May 16, 2022**; Plaintiff may respond with any objections by **May 23, 2022**; the Court will consider those certifications and enter an order requiring Plaintiff to reimburse Defendants/Third-Party Plaintiffs and Third-Party Defendant for any reasonable fees and costs the Court finds appropriate.

                                                                                           s/ Zahid N. Quraishi
                                                                                           **ZAHID N. QURAISHI**
                                                                                           **UNITED STATES DISTRICT JUDGE**